IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEPHEN STERN,

    Plaintiff,

vs.

    Case No. C2-05-907
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Mark R. Abel

BRYAN H. FELMET,
    et al.,

    Defendants.

## ORDER

Plaintiff's Motion for Leave to File Instanter his Opposition to Defendants Crites, Felmets and Commissioners' Motion for Summary Judgment (Doc. 220) is reluctantly **GRANTED**. Plaintiff is admonished that the Court will not countenance any future dilatory filings.

The Court notes that Plaintiff also has filed a Motion for Leave to Appear by Telephone for the Settlement Conference, presently scheduled for January 22, 2008 at 1:30 P.M. Plaintiff resides in Florida, and indicates that the travel from out of state would impose a financial hardship upon him. Given that Plaintiff is unable to attend the **SETTLEMENT CONFERENCE**, it is hereby **VACATED**. Plaintiff's Motion to Appear by Telephone (Doc. 222) is accordingly **DENIED AS MOOT**.

    IT IS SO ORDERED.

1-18-2008
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**