IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEPHEN STERN,

    Plaintiff,

vs.

Case No. C2-05-907
Judge Edmund A. Sargus, Jr.
Magistrate Judge Mark R. Abel

BRYAN H. FELMET,
    et al.,

    Defendants.

## ORDER

The Court's Amended Order Setting Trial Date and Settlement Conference (Doc. #135) is **VACATED**. The Court will reschedule the pretrial deadlines, final pretrial conference and trial as appropriate following final disposition of the parties' motions for summary judgment.

**IT IS SO ORDERED.**

\_\_\_2-5-2008_____
**DATED**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE